# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| ROBERT JACKLEY, | Civil No. 07-1452 (JRT/JJG) |
| Petitioner, | **ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE** |
| v. | |
| ALBERTO R. GONZALES, | |
| Respondent. | |

___

Robert Jackley, #A 29465539 AL, C/O Carol Raushel, 830 Northwest Third Street, Chishom, MN 55719, petitioner *pro se*.

Lonnie F. Bryan, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for respondent.

The above-entitled matter came before the Court upon the Report and Recommendation of United States Magistrate Judge Jeanne J. Granham. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner Robert Jackley's Petition for Writ of Habeas Corpus [Docket No. 1] is DISMISSED AS MOOT.

DATED: April 25, 2008
at Minneapolis, Minnesota.

                                                                                    s/John R. Tunheim
                                                                                     JOHN R. TUNHEIM
                                                                  United States District Judge